THE STATE OF OHIO, APPELLEE, *v.* ZYCH, APPELLANT.

[Cite as *State v. Zych* (1996), 74 Ohio St.3d 582.]

(No. 95–1959—Submitted January 9, 1996—Decided February 21, 1996.)

*Donald W. White,* Clermont County Prosecuting Attorney, and *David H. Hoffmann,* Assistant Prosecuting Attorney, for appellee.

*Jeffrey A. Zych, pro se.*

---

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.